# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| Diego Gonzalez,<br><br>　　　Plaintiff,<br><br>v.<br><br>ATG Credit, LLC<br><br>　　　Defendant. | Case No. 1:22-cv-03340 |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

Now comes Plaintiff, by and through his attorneys, and respectfully files this Motion to Enforce the Settlement. In support of this motion, Plaintiff states as follows:

1. On February 13, 2023, Defendant sent Plaintiff's counsel an email offering to settle the above-referenced case for $4,500 in cash. See Exhibit A.

2. Defendant's offer had been sent to Attorney Meier at richard@lpglaw.com but Attorney Meier officially left LPG as of February 9, 2023. Given that Attorney Meier was not employed by LPG, Defendant received an automatic email stating as such and directed communications to Attorney Anthony Diehl.

3. Because Attorney Meier still had access to the lpglaw.com email for purposes of continuing to represent clients who had filed cases, that same day, Attorney Meier, accepted the offer, and forwarded the release to Attorney Diehl to get it executed.

4. Having received the automatic email, Defendant requested assurances that Attorney Meier still represented Plaintiff, which Attorney Meier confirmed. See Exhibit B.

5. Attorney Meier, as an officer of the court, provided the requested assurance of performance and, as such, Defendant cannot suspend its performance of the settlement agreement. Requesting assurances and receiving such, does not excuse performance.

6. Despite being assured of Attorney Meier representation of Plaintiff, Defendant now seeks to repudiate the settlement agreement. See Exhibit B

Based on the foregoing, there was a valid offer and acceptance, as well as subsequent adequate assurances. Therefore, Plaintiff respectfully requests that this Court enter an Order requiring Defendant to comply with the settlement.

RESPECTFULLY SUBMITTED,

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
351 Adela
Lake Forest, CA 92630
Richardmeier4@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 24, 2023, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Richard J. Meier