

Richard Meier <richardmeier4@gmail.com>

## Activity in Case 1:22-cv-03340-REB-STV Gonzalez v. ATG Credit, LLC Answer to Complaint

**Andres Hermosillo** <ahermosillo@grsm.com>  Thu, Feb 23, 2023 at 5:06 PM
To: Richard Meier <richardmeier4@gmail.com>
Cc: Avanti Bakane <abakane@grsm.com>, Karima Lijassi <klijassi@grsm.com>

Counsel,

As acknowledged in your email dated February 14, 2023, ATG recalled any offer to your client upon notice from your LPG email address that you were no longer at the firm, and directing us to contact Anthony Diehl at LPG.

Upon your request that ATG re-extend the offer, ATG sought confirmation that you represent Mr. Gonzalez in the case filed against it.

You were unable to provide such confirmation, instead stating, "I do not have a new employer. I am still representing the client for purposes of resolution until a substitution is made."

Unfortunately, your attempt to accept the offer is invalid. We look forward to substitute counsel's appearance in the case, and will file ATG's proposed scheduling order today.

Best,

[Quoted text hidden]

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON REES SCULLY MANSUKHANI, LLP
YOUR 50 STATE PARTNER®
http://www.grsm.com